UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 67.198.77.186,<br><br>    Defendant. | Civil Case No. 1:22-cv-01173-RP |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 67.198.77.186, are voluntarily dismissed with prejudice.

Dated: December 22, 2022                            Respectfully submitted,

                                                                By:   */s/ Paul S. Beik*

                                                                      Paul S. Beik
                                                                      Beik Law Firm PLLC
                                                                   917 Franklin Street, Suite 220
                                                                   Houston, Texas 77002
                                                                   Tel: (713) 869-6975
                                                                   Fax: (713) 583-9169
                                                                   paul@beiklaw.com
                                                                   www.beiklaw.com

                                                                   **ATTORNEY FOR PLAINTIFF,**
                                                                   **STRIKE 3 HOLDINGS, LLC**